*McDonald v*

*Miller &c*  24th May 1830

ALEX<sup>R</sup> D.

FRASER  Atty for Compt  Filed May 24. 1830

In Chancery ⎱
Supreme Court ⎰  *Between*   ⎰ *W<sup>m</sup> McDonald, Complainant and*
                              ⎱ *John Miller, & others  Defendants*

Exceptions taken by the Complainant to the plea put in by said Miller one of the def<sup>ts</sup> & which was allowed to stand for an answer, with leave to except —

The said plea now standing for an Answer is impertinent in this that it travels

480

out of the Bill, and sets out matter which is wholly immaterial to the Case, and furnishes no answer to the Charges in the Bill; and also because it contains a long recital of the certificate of a Justice in relation to a suit pending before him, which is irrelevant to the present case; and the said complainant therefore says that the said plea now standing for An Answer is impertinent in this beginning at the words "heretofore towit &ᶜ in the first page, & ending with the words "notice &ᶜ on third page

In which particulars the said Complainant humbly insists, the said Answer is impertinent, wherefore the said Complainant doth except thereto & humbly prays the same may be expunged

24ᵗʰ May 1830.                                          Alexᴿ D. Fraser